NOTE : This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1154
(Opposition No. 92/045,643)

INTERNATIONAL FLORA TECHNOLOGIES, LTD.,

Appellant,

v.

DESERT WHALE JOJOBA COMPANY, INC.,

Appellee.

Geoffrey S. Kercsmar, The Kercsmar Law Firm, P.C., of Scottsdale, Arizona, argued for appellant. On the brief was Douglas W. Gilmore, Noblitt & Gilmore, LLC, of Scottsdale, Arizona.

Dale F. Regelman, Chandler & Udall, LLP, of Tucson, Arizona, for the appellee. With him on the brief was Quan L. Nguyen.

Appealed from:    United States Patent and Trademark Office
                  Trademark Trial & Appeal Board

NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2007-1154
(Opposition No. 92/045,643)

INTERNATIONAL FLORA TECHNOLOGIES, LTD.,

Appellant,

v.

DESERT WHALE JOJOBA COMPANY, INC.,

Appellee.

# Judgment

ON APPEAL from the **UNITED STATES PATENT AND TRADEMARK OFFICE, TRADEMARK TRIAL AND APPEAL BOARD**

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam  (RADER, Circuit Judge, CLEVENGER, Senior Circuit Judge, DYK, Circuit Judge).

**AFFIRMED.** See Fed. Cir. R. 36.

*ENTERED BY ORDER OF THE COURT*

DATED:  September 10, 2007          /s/  Jan Horbaly
                                    Jan Horbaly, Clerk